GIA N. MARINA, ESQ
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Email: gmarina@clarkhill.com
Telephone:     (702) 862-8300
*Attorney for Defendant*
*Equifax Information Services LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DE-SHAUN JOHNSON, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES LLC, <br><br> Defendants. | Case No. 2:26-cv-01360-CDS-BNW <br><br> **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** <br><br> **FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from May 28, 2026, through and including June 29, 2026.

///

///

///

///

///

The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 27th day of May 2026.

CLARK HILL PLLC

By: /s/_Gia N. Marina_____
Gia N. Marina, Esq.
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
CLARK HILL PLLC
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone:     (702) 862-8300

*Attorney for Defendant Equifax*
*Information Services LLC*

/s/ De-Shaun Johson_____
De-Shaun Johnson
1421 N. Jones Blvd., #478
Las Vegas, NV 89108
702-695-1907

*Pro Se Plaintiff*

This Court grants the the above stipulation (ECF No. 8) and denies the stipulation at ECF No. 7 as moot. IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  _May 28, 2026_____

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 27th day of May 2026, via CM/ECF, upon all counsel of record:

De-Shaun Johnson
1421 N. Jones Blvd., #478
Las Vegas, NV 89108
702-695-1907
*Pro Se Plaintiff*

By: /s/ Gia N. Marina
Gia N. Marina, Esq.
Nevada Bar No. 15276
CLARK HILL PLLC
Email: gmarina@clarkhill.com

- 3 -