DE-SHAUN JOHNSON
1421 N JONES BLVD #478
LAS VEGAS, NEVADA 89108
(702) 695-1907
DESHAUNJOHNSON23@GMAIL.COM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DE-SHAUN JOHNSON,

      Plaintiff

v.

EQUIFAX INFORMATION SERVICES, LLC,

      Defendant

Case No.: 2:26-cv-01360-CDS-BNW

**Stipulation of Dismissal with Prejudice**

[ECF No. 17]

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff De-Shaun Johnson appearing pro se, and Defendant Equifax Information Services, LLC, by and through its undersigned counsel, hereby stipulate and agree that all claims asserted by Plaintiff against Defendant in the above captioned action are hereby dismissed with prejudice. Each party will bear their own costs and attorney's fees.

Dated this 12th of June, 2026

By:*/s/ De-Shaun Johnson*

De-Shaun Johnson
Plaintiff, Pro Se
1421 N Jones Blvd #478
Las Vegas, NV 89108

By: */s/ Gia Marina*

Gia Marina Esq.
Clark Hill PLC
1700 South Pavilion Center Drive, Suite 500
Las Vegas, NV 89135

Attorneys for Defendant
EQUIFAX

Based on the parties' stipulation, Equifax Information Services is dismissed with prejudice, with each party to bear its own costs and fees.

_____
UNITED STATES DISTRICT JUDGE
Dated: June 17, 2026