DE-SHAUN JOHNSON
1421 N JONES BLVD #478
LAS VEGAS, NEVADA 89108
(702) 695-1907
DESHAUNJOHNSON23@GMAIL.COM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DE-SHAUN JOHNSON,

Plaintiff

v.

EXPERIAN INFORMATION SOLUTIONS, INC,

Defendant

Case No.: 2:26-cv-01360-CDS-BNW

**Stipulation of Dismissal with Prejudice**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff De-Shaun Johnson appearing pro se, and Defendant Experian Information Solutions, INC by and through its undersigned counsel, hereby stipulation and agree that all claims asserted by Plaintiff against Defendant in the above captioned action are hereby dismissed with prejudice. Each party will bear their own costs and attorney's fees.

Dated this 16th of July, 2026

By: */s/ De-Shaun Johnson*

De-Shaun Johnson
Plaintiff, Pro Se
1421 N Jones Blvd #478
Las Vegas, NV 89108

By: */s/ Bob L. Olson*

Bob L. Olson, Esq
Snell & Wilmer
1700 South Pavilion Center Drive Ste 700
Las Vegas, NV 89135

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

UNITED STATES DISTRICT JUDGE
Dated: July 21, 2026